**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Donald Franklin Barron, II |
| Debtor 2 (Spouse, if filing) | Dejah Lynne Barron |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case Number | 19-80144-JJG-13 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on you claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Name of creditor: | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2 | Court claim number (if known): | 11 |
| Last four digits of any number you use to identify the debtor's account: | 8584 | | |

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of last notice: _____ mm/dd/yyyy

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 4/23/2019 | (5) | $300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: _____ | | (10) | |
| 11. Other. Specify: Attorney Fee - Bankruptcy/Plan Review | 3/26/2019 | (11) | $150.00 |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Donald Franklin Barron, II</u>    Case number (if known) <u>19-80144-JJG-13</u>

## Part 2.  Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalties of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and belief.

X _*Kristin L. Durianski*_ (signature)    Date  **5/30/2019**
   Signature                                              mm/dd/yyyy

Print:    Kristin L. Durianski              Title    Attorney
         First Name  Middle Name  Last Name

Company    Codilis Law, LLC

Address    8050 Cleveland Place
           Number     Street

           Merrillville, IN  46410
           City              State    Zip Code

Contact phone  (219) 736-5579              Email  bankruptcy@codilis.com

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2019, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Lora L. Phipps; ecfmail@phippslaw.net
Donald L. Decker; ecfmail@decker13trustee.com
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov

I further certify that on May 30, 2019, a copy of the attached was mailed by depositing in the U.S. Mail to the following:

Donald Franklin Barron, II
Dejah Lynne Barron
228 S. Lawton Street
Jasonville, IN  47438

Attorneys for Creditor

By: *Kristin L. Durianski*

Kristin L. Durianski     24866-64

Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@codilis.com
Atty File: 1032424

**This firm is deemed to be a debt collector.**

# Invoice # 1032424B01

**INVOICE DATE:** 03/28/2019

**Invoice Submitted By:**
Codilis and Associates - Codilis and Associates 15
W030 North Frontage Rd. SUITE 100
Burr Ridge IL 60527
630-241-4300
Vendor ID # 100005559

**Order Information:**
Order #: 76E26E05E24440FD9CA2C676464A81B5
Order Date: 03/21/2019
Order Type: Reorganization Plan
Loan #: 
Property Address: 228 S Lawton St, Jasonville, IN 47438

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: 1173958
Method: ACH
Payment Date: 04/02/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 03/26/2019 | $150.00 |
| | | | | **Total:** | $150.00 |

Invoice management powered by: 

05/28/2019 02:46:02 UTC Status: Approved

# Invoice # 1032424B02

**INVOICE DATE:** 04/25/2019

**Invoice Submitted By:**
Codilis and Associates - Codilis and Associates 15
W030 North Frontage Rd. SUITE 100
Burr Ridge IL 60527
630-241-4300
Vendor ID # 100005559

**Order Information:**
Order #: 8D58D7998FC74101A8318036C113FB0A
Order Date: 04/09/2019
Order Type: Proof of Claim
Loan #: ▓▓▓▓▓▓▓▓
Property Address: 228 S Lawton St, Jasonville, IN 47438

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: 1175622
Method: ACH
Payment Date: 04/30/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| 3 | FB42 | FB4201 | Proof of Claim-(Recoverable from Borrower) | 04/23/2019 | $300.00 |
|   |   |   |   | **Total:** | $750.00 |

1) . 2) . 3) POC filed 04/23/2019. Recoverable upon filing a post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1.

Invoice management powered by: vendorly invoice   Altisource

05/28/2019 02:45:40 UTC Status: Approved

Case Number: 19-80144-JJG-13

AITNO: Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2